UNITED STATES, Appellee

v

HOWARD J. PALARDY, III, Fireman, U. S. Navy, Appellant

No. 29,109

February 14, 1975

*Captain T. O. Tottenham,* USMCR, was on the pleadings for Appellant, Accused.

*Lieutenant Colonel P. N. Kress,* USMC, and *Lieutenant Commander Harvey E. Little,* JAGC, USN, were on the pleadings for Appellee, United States.

### OPINION OF THE COURT

PER CURIAM:

This case involves a problem which is substantially the same as that considered in *United States v Carey,* 23 USCMA 315, 49 CMR 605 (February 7, 1975). Appellant, by his plea, admitted from the outset his guilt and did not contest the post-trial showing that the court-martial was properly constituted. Because these same factors were persuasive in calling for the affirmance in *United States v Carey, supra,* we deem it appropriate to take like action here. Therefore, the decision of the Court of Military Review is affirmed.

Judge QUINN did not participate in the decision of this case.